In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00019-CV


____________________



BRAD HASSLER, Appellant



V.



MISTY HASSLER, Appellee






On Appeal from the 356th District Court


Hardin County, Texas


Trial Cause No. 49,186






 MEMORANDUM OPINION


 The appellant, Brad Hassler, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P.
42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the
appeal. 

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered June 11, 2009

Before McKeithen, C.J., Gaultney and Horton, JJ.